IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>AAMCO Transmissions, Inc.<br><br>        Claimant,<br>v.<br><br>Michael Corrigan<br><br>        Respondent. | Miscellaneous Action, File No. _____ |

## ORDER

AND NOW, this ___ day of _____, 2011, upon Claimant's Petition To Confirm Arbitration Award, and any response in opposition thereto, it is hereby ORDERED and DECREED that Plaintiff's Petition is GRANTED. JUDGMENT is entered in favor of Claimant, AAMCO Transmissions, Inc., and against Respondent, Michael Corrigan, in the amount of $104,127.36.

BY THE COURT:

_____
                                                                                                                         J.

**AAMCO TRANSMISSIONS, INC**
**WILLIAM B. JAMESON, ESQUIRE**           **Attorney for Claimant**
Attorney I.D. No. 58949
201 Gibraltar Road, Suite 150
Horsham, PA 19044
(610) 668-2900

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of the Arbitration Between | : |
| AAMCO Transmissions, Inc. | : |
| Claimant, | : |
| v. | : Miscellaneous Action, File No. _____ |
| Michael Corrigan | : |
| Respondent. | : |

### PETITION TO CONFIRM ARBITRATION AWARD

Petitioner AAMCO Transmissions, Inc. ("AAMCO") moves the Court for an Order, pursuant to 9 U.S.C. §§9 and 13, confirming the Award of the Arbitrator in the matter of the arbitration between Petitioner AAMCO, and Respondent Michael Corrigan (hereinafter "Respondent"), made on January 26, 2011, and directing that judgment be entered thereon. AAMCO petitions to confirm the Arbitration Award as follows:

1. AAMCO is, and at all times relevant hereto was, a Pennsylvania corporation with its principal place of business located at 201 Gibraltar Road, Suite 150, Horsham, PA 19044.

2. Respondent Michael Corrigan is an adult individual with last known principal places of business located at 133 Pitkin Street, East Hartford, CT 06108 and 339 Ella T. Grasso Boulevard, New Haven, CT 06519, and a last known home address of 151 Andrew Avenue #80, Naugatuck, CT 06770.

3. On May 14, 2007, Respondent Corrigan, entered into a Franchise Agreement with Claimant enabling Respondent to own and operate an AAMCO Transmission Center located at 133 Pitkin Street, East Hartford, CT 06108 (the "Center"). A true and correct copy of said Franchise Agreement is attached hereto and made a part hereof as Exhibit "A".

4. On March 5, 2008, Respondent Corrigan, entered into a Franchise Agreement with Claimant enabling Respondent to own and operate an AAMCO Transmission Center located at 339 Ella T. Grasso Boulevard, New Haven, CT 06519 (the "Center"). A true and correct copy of said Franchise Agreement is attached hereto and made a part hereof as Exhibit "B".

5. Arbitration in Philadelphia was agreed upon pursuant to Section 28(a) of the Franchise Agreement. Section 28(a) of the Franchise Agreement provides:

> Non-binding mediation of disputes, controversies or claims arising out of or related to this Agreement shall be conducted, solely at Franchisee's option, in Philadelphia, Pennsylvania, Chicago, Illinois or Bethesda, Maryland in accordance with established procedures.

6. On or about April 5, 2010, pursuant to the terms of the Franchise Agreement, AAMCO filed a Demand for Arbitration with the American Arbitration Association ("AAA") office in East Providence, Rhode Island. A true and correct copy of the Demand for Arbitration is attached hereto as Exhibit "C" and incorporated herein by this reference.

7. On or about June 23, 2010, the AAA appointed E. William Pastor, Esq. to serve as arbitrator in this dispute.

8. On January 26, 2011, Arbitrator Pastor issued a written award ("Award") in favor of AAMCO, for Claimant's underlying claim, based on the Stipulation of Award signed by Respondent Corrigan and AAMCO. The amount stipulated and awarded by the Arbitrator to AAMCO is One Hundred One Thousand Seven Hundred Forty-Four Dollars and Two Cents ($101,744.02), plus arbitration costs in the amount of Two Thousand Three Hundred Eighty-

Three Dollars and Thirty-Four Cents ($2,383.34). A true and correct copy of the Stipulation of Award is attached hereto as Exhibit "D" and a true and correct copy of the Award is attached hereto as Exhibit "E". An accounting of the arbitration costs and copies of the applicable invoices and check payments are attached hereto as Exhibit "F".

9.   Rule 48(c) of the AAA's Commercial Arbitration Rules (the operative rules adopted by the parties) provides that "[p]arties to an arbitration under these rules shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof." A copy of the AAA's Commercial Arbitration Rule 48(c) is attached hereto as Exhibit "G".

    WHEREFORE, AAMCO requests:

1.   That the Award be confirmed as a final judgment; and

2.   Any other relief that the Court deems just and proper.

Respectfully Submitted,

6/7/11
DATE

William B. Jameson, Esquire
Attorney for Claimant
AAMCO Transmissions, Inc.
201 Gibraltar Road, Suite 150
Horsham, PA 19044
(610) 668-2900

**AAMCO TRANSMISSIONS, INC.**
**WILLIAM B. JAMESON, ESQUIRE**                         **Attorney for Claimant**
Attorney I.D. No. 58949
201 Gibraltar Road, Suite 150
Horsham, PA 19044
(610) 668-2900

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Arbitration Between :

AAMCO Transmissions, Inc.                 :

        Claimant,                :
v.                                        :    Miscellaneous Action, File No. _____
                                          :
Michael Corrigan                          :

        Respondent.              :

### CERTIFICATE OF SERVICE

William B. Jameson, hereby certifies that he did serve on this 7th day of June, 2011, the attached Petition To Confirm Arbitration Award and supporting papers upon the Respondent, via U.S. Regular Mail and Certified Mail, postage prepaid:

Michael Corrigan                      Michael Corrigan
339 Ella T. Grasso Boulevard          133 Pitkin Street
New Haven, CT 06519                   East Hartford, CT 06108

6/7/11
DATE

William B. Jameson, Esquire
Attorney for Claimant
AAMCO Transmissions, Inc.
201 Gibraltar Road, Suite 150
Horsham, PA 19044
(610) 668-2900