IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
| v. | : | |
| MICHAEL CORRIGAN | : | NO. 11-mc-86 |

ORDER

AND NOW, this 7th day of September, upon receipt of a Notice of Bankruptcy Filing made August 30, 2011 by the respondent Michael Corrigan, IT IS HEREBY ORDERED that this case shall be stayed and placed in Civil Suspense pending further order of the Court.

Counsel for the petitioner AAMCO Transmissions, Inc. shall inform the Court if it believes the Court can take additional action in this case.  The respondent shall inform the Court promptly when the bankruptcy proceedings conclude or if the automatic stay is lifted.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.